In the Matter of the Application of HENRY J. HAASE, Appellant, for an Order of Certiorari against THE COMMON COUNCIL OF THE CITY OF ELMIRA, Respondent.

*Certiorari — dismissal by Appellate Division of order of certiorari — appeal therefrom to Court of Appeals dismissed.*

*Matter of Haase* v. *Common Council, City of Elmira,* 206 App. Div. 14, appeal dismissed.

(Argued October 2, 1923; decided October 16, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 26, 1923, which dismissed a writ of certiorari to review the proceedings of the common council of the

city of Elmira in removing the petitioner from office as water commissioner.

*Thomas M. Losie* for appellant.

*H. L. Gardner, Corporation Counsel* (*Harry Moseson* and *Boyd McDowell*), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.